

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00032-CV

**IN RE** Denise Marie **RAMOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

Delivered and Filed: January 29, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 21, 2020, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of two trial settings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-21009, styled *In the Matter of the Marriage of Denise Marie Ramos and Reynaldo Esparaza, Jr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.